# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2019 ND 38

State of North Dakota,                                        Plaintiff and Appellee

v.

Wesley Alan Cody,                                         Defendant and Appellant

No. 20180229

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable David E. Reich, Judge.

AFFIRMED.

Per Curiam.

Mindy L. Lawrence (argued) and Conor Kennelly (on brief), Assistant State's Attorneys, Bismarck, N.D., for plaintiff and appellee.

Kiara C. Kraus-Parr, Grand Forks, N.D., for defendant and appellant.

**State v. Cody**

**No. 20180229**


**Per Curiam.**

[¶1]    Wesley Alan Cody appeals from an amended criminal judgment finding him guilty of willfully giving false information to a law enforcement officer under N.D.C.C. § 12.1-11-03(1) and preventing arrest under N.D.C.C. § 12.1-08-02(1). Cody argues there was insufficient evidence presented by the State on both counts.

[¶2]    We conclude there was sufficient evidence to support the guilty verdict. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶3]    Gerald W. VandeWalle, C.J.
       Jerod E. Tufte
       Daniel J. Crothers
       Lisa Fair McEvers
       Jon J. Jensen